IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JAMES FOLEY**                                                                                           **PETITIONER**

VS.                          **CASE NO.: 4:17-CV-298-SWW-BD**

**DOES**                                                                                                  **RESPONDENT**

## RECOMMENDED DISPOSITION

**I.**     **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge Susan Webber Wright. Any party may file written objections to this Recommendation. If objections are filed, they must be specific and must include the factual or legal basis for the objection. Objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Wright can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.**    **Discussion**

James Foley filed the pending petition asking the Court to intervene in his state criminal proceeding. (Docket entry #1) He did not pay the filing fee or file a motion for leave to proceed *in forma pauperis* ("IFP"). (#2) On May 11, 2017, Judge Ray ordered Mr. Foley to address the filing fee requirement within thirty days of May 11, either by paying the fee or by moving for leave to proceed IFP. Judge Ray instructed the Clerk to send Mr. Foley a blank application to use in requesting IFP status. (#2)

Mr. Foley then filed a motion to proceed IFP (#3), but he did not use the form provided by the Clerk. His motion lacked information that every plaintiff must include when requesting IFP status. (#3) Meanwhile, Mr. Foley's case was transferred from Judge Ray's docket to this Court's docket. (#5 and #6) On May 26, 2017, the undersigned reminded Mr. Foley of his obligation to address the filing fee issue within the time set by Judge Ray. (#7) In that May 26 Order, this Court cautioned Mr. Foley that his failure to address the filing fee requirement within the time allowed would result in dismissal of this action.

Mr. Foley has failed to file a complete application to proceed IFP, and the time for compliance has passed. Although he filed a Response to Order (#8), his Response did not address the filing fee, but instead, merely stated that the petition initiating this case was not intended as a habeas corpus petition. (#8) Regardless of how the case is designated or categorized, Mr. Foley—and all plaintiffs—must address statutory filing fee requirements.

### III. Conclusion

The Court recommends that Mr. Foley's action be DISMISSED, without prejudice, based on his failure to comply with the Court's May 11, 2017 and May 26, 2017 Orders.

DATED this 18th day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE