IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES FOLEY                                                                                    PETITIONER

VS.                          CASE NO.: 4:17-CV-298-SWW-BD

DOES                                                                                             RESPONDENT

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful consideration of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Foley's action is DISMISSED, without prejudice, based on his failure to comply with the Court's May 11, 2017 and May 26, 2017 Orders.

IT IS SO ORDERED, this 8th day of August, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE