# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JAMES FOLEY**                                                                                 **PETITIONER**

**VS.**                     **CASE NO.: 4:17-CV-298-SWW-BD**

**DOES**                                                                                   **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 8th day of August, 2017.

                                                              /s/Susan Webber Wright
                                                              UNITED STATES DISTRICT JUDGE